United States District Court
Central District of California                JS-6

Gerardo Jimenez-Hernandez,

               Petitioner,

v.

United States of America,

               Respondent.

EDCV 16-01816-VAP
EDCR 15-79-VAP-1

## JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Denying Petitioner's § 2255 Motion and Request for Certificate of Appealability filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Petitioner's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 5/22/18

Virginia A. Phillips
United States District Judge